# EXHIBIT A

| STATE OF WISCONSIN, CIRCUIT COURT, **MARATHON** COUNTY | MARATHON COUNTY<br>JUL 07 2021<br>CLERK OF CIRCUIT COURTS |
|---|---|

**Plaintiff:** [Name (First, Middle, Last), Address, City, State, Zip]
Keith A. Boneske  245178 State Highway 97  Athens, WI 54411

☐ See attached for additional plaintiffs.

-vs-

To: **Defendant(s):** [Name (First, Middle, Last), Address, City, State, Zip]
Assurity Life Insurance Company  c/o Deanna Horton
P. O. Box 82533 Lincoln, NE 68501
2000 Q ST.

THIS IS AN AUTHENTICATED COPY OF PLEADINGS FILED ON THIS DATE

☐ Amended

**Summons and Complaint (Small Claims)**

Case No. 21SC1096

☐ See attached for additional defendants.

☒ Claim for money ($10,000 or less)        31001
☐ Tort/Personal injury ($5,000 or less)    31010
☐ Return of property (replevin)            31003
☐ Eviction                                 31004
☐ Eviction due to foreclosure              31002
☐ Arbitration award                        31006
☐ Return of earnest money                  31008

If you require reasonable accommodations due to a disability to participate in the court process, please call 715-261-1310 prior to the scheduled court date. Please note that the court does not provide transportation.

## SUMMONS

**To the Defendant(s):**

You are being sued as described on the attached complaint. If you wish to dispute this matter:
☒ You must appear at the time and place stated.
☐ You must file a written answer and provide a copy to the plaintiff or plaintiff's attorney on or before the date and time stated.

If you do not appear or answer, the plaintiff may win this case and a judgment entered for what the plaintiff is asking.

Clerk/Attorney Signature: *Shirley Long*

**When to Appear/File an Answer**
Date: 8-4-21    Time: 10:00 AM

**Place to Appear/File an Answer**
Marathon County Courthouse
SQS Memorial Courtroom
500 Forest Street
Wausau, WI 54403

Date Summons Issued: 7-7-21    Date Summons Mailed:

Dated this 17 day of July, 2021
Served By: [signature]

# COMPLAINT

**Plaintiff's Demand:**
The plaintiff states the following claim against the defendant(s):
1. Plaintiff demands judgment for *(Check as appropriate)*
   - ☒ Claim for Money $ 3,942.50
   - ☐ Tort/Personal Injury $ _____
   - ☐ Return of property (replevin) *(Describe property in 2 below.) (Not to include Wis. Stats. 425.205 actions to recover collateral.)*
   - ☐ Eviction
   - ☐ Eviction due to foreclosure
   - ☐ Return of Earnest Money
   - ☐ Confirmation, vacation, modification or correction of arbitration award

   Plus interest, costs, attorney fees, if any, and such other relief as the court deems proper.

2. Brief statement of dates and facts:
   *(If this is an eviction action and you are seeking money damages, you must also state that claim on this form.)*
   I started a new job in October, 2020. I was eligible for a group accident expense insurance from Assurity, which went into effect on January 1, 2021. On February 19, 2021, I was diagnosed with a herniated disc in my low back and I have been unable to work since. Assurity has denied my claim to receive benefits, claiming a pre-existing condition. I have appealed this decision and sent a letter to Assurity from my doctor stating that this was a new incident and not a pre-existing condition. Assurity denied my appeal. I would like to be paid for the accident expense benefits that I had been guaranteed from the agent when I joined. (Claim No. 202104090087)

☐ **See attached for additional information.** Provide copy of attachments for court and defendant(s).

I am the: ☒ plaintiff.   ☐ attorney for the plaintiff.

▶ *Keith Boneske*
   Plaintiff's Signature

Keith A. Boneske
Name Printed or Typed

245178 State Highway 97  Athens, WI 54411
Address

boneske1@yahoo.com
Email Address

715-573-0292
Telephone Number          Date

_____
Attorney's Signature

_____
Attorney's Name Printed or Typed

_____
Attorney's Address

Attorney's Email Address          Attorney's Telephone Number

Date          State Bar No.